## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case 14-26399 |
| Sonja Vauters, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Eugene R. Wedoff |

### Notice of Motion

The following parties have been served via the Bankruptcy Court Clerk's ECF notice system:
- U.S. Trustee
- Chapter 13 Trustee

The following parties have been served via USPS first class mail, postage pre-paid:
- All parties listed on attached service list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding, at 219 S. Dearborn, Chicago, IL 60604, in the following courtroom (or any other place posted), and present the attached **Motion to Extend Automatic Stay**, at which time and place you may appear:

| Date: | July 31, 2014 |
|---|---|
| Time: | 9:00am |
| Judge: | Wedoff |
| Courtroom | 744 |

/s/   Charles H. Shepard, Jr.
Charles H. Shepard, Jr., A.R.D.C. #6297615
Attorney for the Debtors

### Certificate of Service

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities in the manner indicated above, and if service by mail, by depositing same in the U.S. Mail at 105 W. Madison, Chicago, IL 60602, before 5:00 p.m. on **July 18, 2014,** with proper postage prepaid.

/s/   Charles H. Shepard, Jr.
Charles H. Shepard, Jr., A.R.D.C. #6297615
Attorney for the Debtor

Law Offices of Ernesto D. Borges
105 W. Madison #2300
Chicago, IL 60602
312-853-0200
cshepard@billbusters.com

Label Matrix for local noticing
0752-1
Case 14-26399
Northern District of Illinois
Chicago
Fri Jul 18 09:26:18 CDT 2014

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093-7892

Capital One Auto Finance
9441 LBJ Freeway, Suite 350
Dallas, TX 75243-4652

Cavalry Portfolio Services
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595-2322

City of Chicago (Suspension/BootLis
100 W Randolph St.
Chicago, IL 60601-3218

City of Chicago - Dept of Revenue
c/o Arnold Scott Harris PC
22 Merchandise Mart Pl., Ste. 1932
Chicago, IL 60654

Illinois Bell Telephone Company
% AT&T Services, Inc.
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2694

Illinois Tollway
Attn: Violation Administration Cent
2700 Ogden Avenue
Downers Grove, IL 60515-1703

Internal Revenue Service
Official Bankruptcy Address
PO Box 7317
Philadelphia, PA 19101-7317

Midland Funding LLC
PO Box 4457
Houston, TX 77210-4457

Peaks Property
2201 W. Roscoe St.
Chicago, IL 60618-6209

Peoples Energy
130 E. Randolph Dr.
Chicago, IL 60601-6302

Resurgent Capital, LLC
1161 Lake Cook Road, Suite E
Deerfield, IL 60015-5277

US Dept of Education
PO Box 5609
Greenville, TX 75403-5609

Charles H Shepard
Law Offices of Ernesto D. Borges
105 W. Madison, 23rd Floor
Chicago, IL 60602-4647

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Sonja Terese Vauters
1510 W. Greenleaf, Apt. 2C
Chicago, IL 60626-2851

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case 14-26399 |
| Sonja Vauters, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Eugene R. Wedoff |

### Motion to Extend Automatic Stay.

NOW COMES Debtor Sonja Vauters by and through attorney Charles H. Shepard, Jr. and the Law Offices of Ernesto D. Borges, P.C., and for this Motion to Extend the Automatic Stay, states as follows:

1.  Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2.  This motion is brought pursuant to 11 USC § 362(c)(3)(b).

3.  On March 19, 2012, I filed a Chapter 13 bankruptcy petition, case 12-10779. That case was dismissed on or about March 27, 2014, for failure to make plan payments.

4.  The dismissal of the prior case was a result of increased health care and health insurance costs and a temporary increase in expenses.

5.  The plan payment in the previous case was $474.00 per month. The new proposed plan payment is $350.00 per month; this reduction in payment is a result of Debtor's vehicle loan now being more than 910 days old and thus eligible for cramdown. Copies of Debtor's Schedules I and J from the previous case and from the current case are attached as Exhibit B.

(continues on next page)

6.      The Debtor now sees no problem moving forward with making his trustee payment, is now ready and able to move forward with the Chapter 13 plan.

WHEREFORE, the Debtor prays this Court enter an order extending the automatic stay for the duration of the Debtor's Chapter 13 case.

Respectfully Submitted,

/s/      Charles H. Shepard, Jr.
Charles H. Shepard, Jr., A.R.D.C. #6297615

Law Offices of Ernesto D. Borges
105 W. Madison #2300, Chicago, IL 60602
312-853-0200 | cshepard@billbusters.com